Samuel Upthegrove 469578
Green Bay Corr. Inst.
P.O Box 19033
Green Bay, WI 54307                              February 20, 2017

The Honorable J.P. Stadtmueller
U.S. District Court
Eastern District of Wisconsin
Milwaukee, WI

    Re: UPTHEGROVE v. BARTOW, ET AL.
         CASE #16CV424

Dear Judge Stadtmueller:
    I am writing because you issued an order staying the deadlines in this case with the requirement that a stipulation for dismissal be filed by February 28, 2017 as the parties had agreed to settle out of court. I signed a settlement agreement and stipulation for dismissal on February 2, 2017, and the defendants' counsel said that I would receive my settlement check within two weeks. It has now been 18 days and I have not received the settlement check. I do not know what the delay is about, and I don't want to be held liable if the defendants' counsel fails to timely file the stipulation for dismissal which cannot happen until I receive the settlement check.
    Thank you.

    Sincerely,
    */s/ Samuel Upthegrove*
    Samuel Upthegrove,
    Plaintiff, pro se