# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SAMUEL S. UPTHEGROVE,

          Plaintiff,

v.

BYRAN BARTOW, MARY KLEMZ, CRAIG BLUEMER, DENNIS KAVANAUGH, DEE KAPINSKI, MICHELE ANDRADE, MICHELE O'NEILL, ASHLEY SPIEGELBERG, JODI HEINTZ, MIKE PRIEBE, KENT MCNAMARA, LORI OLSON, THOMAS MOLITOR, AARON BRAY, and TIMOTHY QUINN,

          Defendants.

Case No. 16-CV-424-JPS

**ORDER**

On February 22, 2017, the parties filed a joint motion to dismiss this action with prejudice and without costs assessed to any party. (Docket #25). The Court will grant the motion. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint motion to dismiss (Docket #25) be and the same is hereby **GRANTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 28th day of February, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge